# ALABAMA COURT OF CRIMINAL APPEALS



July 11, 2025

**CR-2024-0817**
Charles Eugene Moore v. State of Alabama (Appeal from Madison Circuit Court: CC-23-4199)

## NOTICE

You are hereby notified that on July 11, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk